UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

LINUS CHUKWUEMEKA IWUANYANWU,

                        Plaintiff,

-against-

CARMELO LATELLA and SILVER SERVICES
GROUP CORPORATION,

                        Defendants.

------------------------------------- X

ORDER

20 Civ. 4122 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 22 2021

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on February 23, 2021 at 9:30 a.m. is hereby cancelled.

Dated: February 22, 2021
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE