**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
                             :

LINUS CHUKWUEMEKA IWUANYANWU,     :
                             :

               Plaintiff,          :
    -against-                      :

CARMELO LATELLA and SILVER SERVICES   :         ORDER
GROUP CORPORATION,                  :
                             :         20 Civ. 4122 (GBD)

              Defendants.       :
                             :

------------------------------------ x

GEORGE B. DANIELS, District Judge:

In light of Plaintiff's notice that the parties have reached a settlement, all conferences and deadlines previously scheduled are adjourned *sine die*. Plaintiff shall submit a stipulation of discontinuance or a status report within sixty (60) days of this order.

Dated: July 8, 2021
       New York, New York

                                     SO ORDERED.

                                     George B. Daniels
                                     GEORGE B. DANIELS
                                     UNITED STATES DISTRICT JUDGE